NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENRIQUETA B. AGCAOILI,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH CONNOLLY, VALERIE HARR, ANGELICA M. HARRISON, MAKRAM MICHAIL, MARTHA LOPEZ, ARELIS RODRIGUEZ, LEA BALDWIN, LAUREN GARCIA, KIMBERLY MOSS,<br><br>Defendants. | Civil Action No.: 2:16-cv-2730-CCC-JCB<br><br>ORDER |

**THIS MATTER** comes before the Court on the motions of Defendants Elizabeth Connolly, Valerie Harr, Angelica M. Harrison, Makram Michail, Martha Lopez, Arelis Rodriguez, Lea Baldwin, Lauren Garcia, and Judge Kimberly Moss (collectively, "Defendants") to dismiss the complaint of pro se Plaintiff Enriqueta B. Agcaoili ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6), ECF Nos. 16, 19, 27. Also before the Court is Plaintiff's motion to stay and for default judgment, ECF No. 17. No oral argument was heard. See Fed. R. Civ. P. 78. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this _18_ day of _April_ 2017,

**ORDERED** that Defendants' motions to dismiss (ECF Nos. 16, 19, 27) are **GRANTED**; and it is further

**ORDERED** that the federal claim pursuant to the Americans with Disabilities Act is **DISMISSED WITHOUT PREJUDICE** against all Defendants; and it is further

**ORDERED** that the remaining state-law claims are **DISMISSED** for lack of subject matter jurisdiction; and it is further

**ORDERED** that Plaintiff's motion to stay and for default judgment (ECF No. 17) is **DENIED**; and it is further

**ORDERED** that to the extent the deficiencies identified by this Court in its corresponding Opinion can be cured, Plaintiff is hereby granted thirty (30) days from the date of entry of this Order in which to file an amended complaint that cures the pleading deficiencies set forth.

**SO ORDERED.**

                                            **CLAIRE C. CECCHI, U.S.D.J.**